UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE DE LA TORRE-RABAGO,<br><br>   Petitioner,<br><br> v.<br><br>JANET NAPOLITANO, et al.,<br><br>   Respondents. | No. CV 13-6340-PA (AGR)<br><br>JUDGMENT |

 Pursuant to the Order Dismissing Petition,

 IT IS ADJUDGED that the Petition in this matter is dismissed without prejudice.

DATED: _June 24, 2014      _____
                 PERCY ANDERSON
              United States District Judge